ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 NOV 16 P 2:45
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, TEXAS, and WASHINGTON *ex rel.* [UNDER SEAL], | : | Civil Action No.________ |
| | : | Judge: 3-16CV-3203N |
| Plaintiff and Relator, | : | **FILED UNDER SEAL** |
| | : | **PURSUANT TO 31 U.S.C. § 3730(b)(2)** |
| vs. | : | **AND LOCAL RULE 79.3** |
| [UNDER SEAL], | : | |
| | : | **DO NOT SERVE** |
| Defendants. | : | |
| | : | **DO NOT PUT ON PACER** |

**[RELATOR'S SEALED] CERTIFICATE OF INTERESTED PERSONS**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

United States, et al., ex rel. [UNDER SEAL]
Plaintiff

v.

Civil Action No.

[UNDER SEAL]
Defendant

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

The United States, the States of California, Colorado, Texas, and Washington, ex rel. [UNDER SEAL]

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

IIRT, LLC, Sightline Health, LLC, and its subsidiaries, Integrated Oncology Network, LLC, Vicura Oncology, LLC, TJ Farnsworth, Jr., Bryan Shingleton, Bryan C. Bruner, Wayne D. Hey, Galen E. Howard, Daniel G. McBride, Dennis L. Ortiz, William A. Smith, Jr., Robert G. Stroud, Morgan Verkamp LLC, Schwabe Williamson & Wyatt PC, Munck Wilson Mandala LLP.

| | |
|---|---|
| Date: | 11/14/2016 |
| Signature: | |
| Print Name: | Frederick M. Morgan, Jr. |
| Bar Number: | OH 0027687 |
| Address: | 37 E. 7th Street, Suite 600 |
| City, State, Zip: | Cincinnati, OH 45202 |
| Telephone: | 513-651-4400 |
| Fax: | 513-651-4405 |
| E-Mail: | rmorgan@morganverkamp.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons