# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

United States ex rel. IIRT, LLC
Plaintiff

v.

3:16-cv-03203-N
Civil Action No.

Sightline Health, LLC, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant T. J. Farnsworth

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Pursuant to Local Rule 7.4 Defendant T.J. Farnsworth concurs in the accuracy of Relator IIRT, LLC's certificate of interested persons and adopts that certificate by reference.

| | |
|---|---|
| Date: | September 13, 2018 |
| Signature: | /s/ Sarah Q. Wirskye |
| Print Name: | Sarah Q. Wirskye |
| Bar Number: | TX 24007885 |
| Address: | 5220 Spring Valley Rd, #200 |
| City, State, Zip: | Dallas, TX 75254 |
| Telephone: | 972-725-7941 |
| Fax: | 214-217-9303 |
| E-Mail: | swirskye@wirskyelaw.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties and their counsel via the Court's ECF system, per Local Rule 5.1(d), on September 13, 2018.

By: /s/Sarah Q. Wirskye

Sarah Q. Wirskye